CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 23 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DWAYNE LONG,<br>Petitioner, | )<br>)<br>) Case No. 7:05CV00533<br>) |
| v. | ) **FINAL ORDER**<br>) |
| WARDEN, NCC,<br>Respondent. | ) By: Hon. Glen E. Conrad<br>) United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The respondent's motion to dismiss shall be and hereby is **GRANTED**;

2. The petitioner's motion for an evidentiary hearing shall be and hereby is **DENIED**; and

3. The petition shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This 23rd day of January, 2006.

*/s/ Glen Conrad*
United States District Judge